JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMIAS SANTIAGO HERNANDEZ,<br><br>    Petitioner,<br><br>v.<br><br>DAVID SHINN, Warden,<br><br>    Respondent. | Case No. 2:18-cv-02063-CJC (KES)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Report and Recommendation of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed for lack of jurisdiction.

DATED: August 7, 2018

_____
Cormac J. Carney
UNITED STATES DISTRICT JUDGE